PROB 35
(Rev 1/92)

SD/FL PACTS No. 80276

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### Southern District of Florida

CASE No. <u>04-20185-CR-KING</u>

FILED by

OCT 10 2006

CLARENCE MADDOX
CLERK U.S. DIST. C
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

CAMILLE ROBERTS

On <u>August 16, 2004,</u> the above named commenced supervised release for a period of <u>three (3)</u> years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U. S. Probation Officer
Bunny J. Green
Phone: (305) 412-2313

### ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this <u>10th</u> day of <u>October</u>, 2006.

_____
United States District Judge